In re Charlie Patterson TAYLOR,
Petitioner.

No. 02–7623.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 26, 2003.

Decided March 12, 2003.

Charlie Patterson Taylor, Petitioner Pro
Se.

Before WIDENER, MOTZ, and
TRAXLER, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM.

Charlie Patterson Taylor filed this peti-
tion for a writ of prohibition asking this
court to direct the district court to file his
civil complaint. The district court entered
a final order denying relief on Taylor's
action and related motions on November 1,
2002. Accordingly, this petition is now
moot. Although we grant Taylor's motion
to proceed in forma pauperis, we deny the
petition for a writ of prohibition. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*PETITION DENIED.*